Eastern District of Kentucky
FILED

JUL 17 2025

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**UNITED STATES OF AMERICA**

**INDICTMENT NO.** 5: 25CR 89 CHB MAS

**V.**

**JENNIFER A. GRIBBEN**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>
**18 U.S.C. § 111(a), (b)**

On or about February 17, 2025, in Fayette County, in the Eastern District of

Kentucky,

**JENNIFER A. GRIBBEN**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with any person

designated in 18 U.S.C. § 1114, to wit: B.L., who was engaged in official duties and caused

physical contact and inflicted bodily injury, all in violation of 18 U.S.C. § 111(a) and (b).

<u>**COUNT 2**</u>
**18 U.S.C. § 111(a), (b)**

On or about February 17, 2025, in Fayette County, in the Eastern District of

Kentucky,

**JENNIFER A. GRIBBEN**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with any person

did forcibly assault, resist, oppose, impede, intimidate, and interfere with any person designated in 18 U.S.C. § 1114, to wit: K.B., who was engaged in official duties and caused physical contact and inflicted bodily injury, all in violation of 18 U.S.C. § 111(a) and (b).

**A TRUE BILL**

**FOREPERSON**

**PAUL C. McCAFFREY**
**ACTING UNITED STATES ATTORNEY**

## <u>PENALTIES</u>

**COUNTS 1 & 2:**      **If involving physical contact with a victim of assault**
Not more than 8 years imprisonment, not more than a
$250,000 fine, and not more than 5 years supervised release.

**If, in the commission of the assault, the Defendant inflicted bodily injury**
Not more than 20 years imprisonment, not more than a
$250,000 fine, and not more than 5 years supervised release.

**PLUS:**      Mandatory special assessment of $100 per count.

**PLUS:**      Restitution, if applicable.

Type text here