**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**CRIMINAL NO. 5:25-CR-00089-CHB-MAS**

**UNITED STATES OF AMERICA**                                     **PLAINTIFF**

**vs.**                                **PROPOSED ORDER**

**JENNIFER GRIBBEN**                                            **DEFENDANT**

\* \* \* \* \*

This matter having come before the Court upon the motion of defendant, Jennifer

Gribben, to suppress evidence, and the Court having considered the record and being

otherwise sufficiently advise,

IT IS HEREBY ORDERED that the motion is Denied, as fully set forth in the

Report and Recommendation.

Entered this ___ day of _____ 2026.