UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CRIMINAL NO. 5:25-CR-000089-CHB-MAS

UNITED STATES OF AMERICA                                         PLAINTIFF

V.                              **EXHIBIT LIST**

JENNIFER A. GRIBBEN                                              DEFENDANT

\*   \*   \*   \*   \*

The United States hereby submits the following Exhibit List.

1. Video of interaction with the defendant.

2. Photos of SA Border's injuries:
   a. Thumb
   b. Thumb and hand

3. Photos of SA Leather bruises.


Respectfully submitted,

PAUL C. McCAFFREY
FIRST ASSISTANT UNITED STATES ATTORNEY

BY:   *s/Ron L. Walker Jr.*
      RON L. WALKER JR.
      Assistant United States Attorney
      260 West Vine Street, Suite 300
      Lexington, Kentucky 40507
      Phone (859) 685-4889
      FAX 859-233-2747
      Ron.Walker@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2026, I filed the foregoing through the ECF system, which will send notice to all counsel of record.

*/s/ Ron L. Walker, Jr.*
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2026, I filed the foregoing through the ECF system, which will send notice to all counsel of record.

*/s/ Ron L. Walker, Jr.*
Assistant United States Attorney