# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION
# LEXINGTON

**CRIMINAL NO. 5:25-CR-00089-CHB-MAS**

UNITED STATES OF AMERICA             PLAINTIFF

V.        **RESPONSE TO MOTION TO CONTINUE**

JENNIFER GRIBBEN             DEFENDANT

\* \* \* \* \*

Comes the United States of America, by counsel, and in response to the Defendant, Jennifer Gribben's, motion to continue the trial and has no objection to the motion.

Respectfully submitted,

PAUL C. McCAFFREY
FIRST ASSISTANT UNITED STATES ATTORNEY

By:    s/Ron L. Walker Jr.
Ron L. Walker, Jr.
Assistant U.S. Attorney
260 West Vine Street
Lexington, KY  40507-1671
(859) 685-4889
Ron.walker@usdoj.gov

**CERTIFICATE OF SERVICE**

On January 13, 2026, I electronically filed the foregoing using the CM/ECF system, which will automatically send a notice of electronic filing to all counsel of record.

s/Ron L. Walker Jr.
Assistant United States Attorney