## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## CENTRAL DIVISION
## LEXINGTON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff, | ) |
| v. | ) NO. 5:25-CR-00089-CHB-MAS |
| **JENNIFER A. GRIBBEN,** | ) |
| Defendant. | ) |

## ORDER

**IT IS ORDERED** that this matter shall come before the undersigned for an evidentiary hearing on Defendant's Motion to Suppress on January 30, 2026, at 9:00 a.m.

Entered this 15th day of January, 2026.



MATTHEW A. STINNETT
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF KENTUCKY