UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JENNIFER A. GRIBBEN,<br><br>Defendant. | NO. 5:25-CR-00089-CHB-MAS |

ORDER

**IT IS ORDERED** that the unopposed motion to reschedule the evidentiary hearing scheduled for January 30, 2026, at 9:00 a.m. is **GRANTED**. The hearing shall be **ADVANCED** to January 26, 2026, at 2:30 p.m.

Entered this 20th day of January, 2026.



MATTHEW A. STINNETT
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF KENTUCKY